UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Vitamins Antitrust Litigation

Misc. No. 99-197 (TFH/JMF)

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby **ORDERED** that:

1. Plaintiff's Counsel Chitwood & Harley's Motion for Court Assistance in Allocating the Court's Attorneys' Fee Award Among Plaintiffs' Counsel, is **GRANTED** in part and **DENIED** in part; and it is further **ORDERED** that

2. Cohen, Milstein, Hausfeld & Toll pay Chitwood & Harley (1) $4,340,115.00 and (2) the interest the escrow account actually gained on the check with which Chitwood & Harley was initially presented from the date of its deposit to that account to the date of its withdrawal; and it is further **ORDERED** that

3. Cohen, Milstein, Hausfeld & Toll's Motion to Dismiss for Failure to State a Claim is **DENIED**; and it is further **ORDERED** that

4. Cohen, Milstein, Hausfeld & Toll's Motion to Strike Chitwood & Harley's Statement Regarding Reference to Magistrate Judge in Connection with May 4, 2004 Status Conference and for Sanctions is **DENIED.**

**SO ORDERED.**

Dated:

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE