IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Vitamins Antitrust Litigation

Misc. No. 99-0197 (TFH)
MDL No. 1285

This filing relates to:

Animal Science Products, Inc., et al.,

Plaintiffs,

v.

Chinook Group, Ltd., et al.,

Defendants.

**Class Plaintiffs' Motion for Final Approval of
Proposed Settlement with DCV, Inc. and DuCoa L.P.**

Class Plaintiffs, by their undersigned counsel, respectfully request that the
Court grant final approval to the proposed settlement between the Choline Chloride
Class Plaintiffs and Defendants DCV, Inc. and DuCoa L.P. This motion is based on
the accompanying memorandum and affidavit.

A proposed order is submitted herewith.

Dated: April 17, 2009.

Respectfully submitted,

*/s/ Brent W. Landau*
Michael D. Hausfeld
Brian A. Ratner
Brent W. Landau
HAUSFELD LLP

1700 K Street, NW
Suite 650
Washington, DC 20006
Telephone: (202) 540-7200

Jonathan D. Schiller
William A. Isaacson
BOIES, SCHILLER & FLEXNER L.L.P.
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727

Stephen D. Susman
James T. Southwick
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

*Co-Lead Counsel for Class Plaintiffs*